Exhibit 1(a)

# CLAIM FORM

DEAR PLAYTEX RETIREE:

PLEASE COMPLETE THIS CLAIM FORM AND RETURN IT ALONG WITH THE ENCLOSED FORM W-9 TO: _____.

YOUR NAME: _____
             Print Name

YOUR ADDRESS:_____
              Number              Street              Apt.

             _____
              City               State              Zip

             _____
              Telephone Number

     I affirm that I am a participant in the Playtex Retiree Plan, sponsored by Energizer Personal Care, LLC, or its corporate affiliates, including Energizer Holdings, Inc., Edgewell Personal Care Company, or American Safety Razor Company, LLC, that I retired from active employment at the Watervliet, New York factory, and that I was represented by the IUE-CWA, AFL-CIO during my employment at the Watervliet factory

     *If you are a beneficiary of a plan participant who died after December 31, 2013, please note that you are a beneficiary, rather than a participant, and submit with this claim form proof of your entitlement to benefits, such as a copy of the beneficiary designation form or appropriate probate documents.*

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: ___/_____/_____

     _____
     Your Signature

YOU MUST INCLUDE THE ENCLOSED FORM 1099 WITH
THIS CLAIM FORM IN ORDER TO RECEIVE THE SETTLEMENT PAYMENT