COHEN, WEISS AND SIMON, L.L.P.
*Attorneys for Class Representatives and IUE-CWA*
900 Third Avenue, 21st Floor
New York, New York 10022
Tel. (212) 563-4100

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MAGDALENE WHEELER, RICHARD FIELDS, DONALD KEARNS, SR., JOYCE DULL, THOMAS LAWSON, and JEFFREY TAYLOR, on Their Own Behalf and on Behalf of All Other Similarly Situated Persons, and IUE-CWA, AFL-CIO, and LOCAL 82173, IUE-CWA, AFL-CIO, <br><br>                                                                Plaintiffs, <br><br>                            v. <br><br> EDGEWELL PERSONAL CARE, LLC, f/k/a Energizer Personal Care, LLC, formerly a Division of Energizer Holdings, Inc., as Plan Sponsor and Administrator of the Energizer Holdings, Inc. Group Life Insurance for Disabled and Retired Employees and the American Safety Razor Company Group Insurance Plan for Hourly Employees and as Parent to Playtex Products, LLC and as Successor to American Safety Razor Company, LLC, <br><br>                                                                Defendants. | **Case No. 17-cv-03789 (GBD)** |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that upon the accompanying Plaintiffs' Memorandum of Law in Support of Their Application for Fees and Costs and the Declaration of Thomas Kennedy, dated July 23, 2018, and annexed exhibits, and all of the prior proceedings and pleadings, Plaintiffs, by and through its undersigned counsel, will move this Court before the Honorable George B. Daniels, at the U.S. Courthouse for the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time as the Court shall designate, for an order pursuant to Federal Rule of Civil Procedure 54 granting Plaintiffs' Application for Attorneys' Fees and Costs.

Dated: New York, New York
July 23, 2018

        Respectfully submitted,

        COHEN, WEISS AND SIMON, L.L.P.

        By: _____/s/_____
            Thomas M. Kennedy
            Cristina E. Gallo
            900 Third Avenue, 21st Floor
            New York, New York 10022
            (212) 563-4100 Telephone
            (212) 563-6527 Fax

        *Attorneys for Class Representatives and IUE-CWA*