UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MAGDALENE WHEELER, RICHARD FIELDS, DONALD KEARNS, SR., JOYCE DULL, THOMAS LAWSON, and JEFFREY TAYLOR, *on Their Own Behalf and on Behalf of All Other Similarly Situated Persons*, IUE-CWA, AFL-CIO, and LOCAL 82173, IUE-CWA, AFL-CIO,

Plaintiffs,

- against -

EDGEWELL PERSONAL CARE, LLC, *f/k/a Energizer Personal Care, LLC, formerly a Division of Energizer Holdings, Inc., as Plan Sponsor and Administrator of the Energizer Holdings, Inc. Group Life Insurance for Disabled and Retired Employees and the American Safety Razor Company Group Insurance Plan for Hourly Employees and as Parent to Playtex Products, LLC and as Successor to American Safety Razor Company, LLC,*

Defendants.



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 14 2018

JUDGMENT AND
ORDER OF DISMISSAL

17 Civ. 3789 (GBD)

GEORGE B. DANIELS, United States District Judge:

This matter was the subject of a hearing on August 14, 2018, on the application of the parties for final approval of the Settlement Agreement dated December 31, 2017. This Court has carefully considered the Settlement Agreement, all papers filed and all proceedings held in this matter, including any and all oral and written objections received regarding the proposed Settlement.

Having reviewed the entire record in the matter, and good cause appearing, IT IS ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:

1. Plaintiffs' Unopposed Motion for Final Approval of the Class Action Settlement is granted in its entirety;

2. This Court, for purposes of this Final Judgment and Order of Dismissal, adopts all defined terms as set forth in the Settlement Agreement;

3. This Court's Order Granting Final Approval of Class Action Settlement and Awarding Class Counsel Fees and Expenses dated August 14, 2018, and the findings and conclusions contained therein, are hereby incorporated by reference;

4. This Court finds and concludes that it has subject-matter jurisdiction over this Action and all claims within this Action, and personal jurisdiction over all the parties to this Action, including all members of the Settlement Class;

5. This Court finds and concludes that the Notice to Class Members as provided for in the Court's Order Preliminarily Approving the Class Action Settlement and Directing Notice to Class, entered on April 12, 2018 (the "Preliminary Approval Order") constituted the best notice practicable under the circumstances within the meaning of Federal Rule of Civil Procedure 23;

6. Pursuant to and in accordance with the requirements of Rule 23 of the Federal Rules of Civil Procedure, this Court approves the settlement of this matter on the terms set forth in the Settlement Agreement, and finds that the Settlement is lawful, fair, reasonable, and adequate as to all parties, including members of the Settlement Classes;

7. For purposes of settlement only, the Class is permanently certified pursuant to Federal Rule of Civil Procedure 23 on behalf of the following two subclasses: (1) retirees from the Playtex Products, LLC ("Playtex") factory in Watervliet, New York (the "NY Subclass"), and (2) retirees from the American Safety Razor Company, LLC ("ASR") factory in Verona, Virginia (the "Virginia Subclass"). Each subclass is defined as follows:

<u>The NY Subclass</u>

All participants in the life insurance retiree plan sponsored by Energizer Personal Care, LLC, or its corporate affiliates and successors, including Edgewell Personal Care, LLC, Energizer Holdings, Inc., and Playtex Products, LLC (f/k/a Playtex Products, Inc.), covering retirees from the Watervliet, New York factory as of December 31, 2013 who: (i) had retired from active employment at the Watervliet factory, (ii) were represented by the IUE-CWA, AFL-CIO during their employment at the Watervliet factory, and (iii) were participants in the Playtex life insurance benefits plan when they retired from active employment at the Watervliet factory.

<u>The Virginia Subclass</u>

All participants in the life insurance retiree plan sponsored by Energizer Personal Care, LLC, or its corporate affiliates and successors, including Edgewell Personal Care, LLC, Energizer Holdings, Inc., and American Safety Razor Company, LLC, covering retirees from the Verona, Virginia factory as of December 31, 2013 who: (i) had retired from active employment at the Verona factory, (ii) were represented by the IUE-CWA, AFL-CIO during their employment at the Verona factory, and (iii) were participants in the American Safety Razor life insurance benefits plan when they retired from active employment at the Verona factory;

8. The prerequisites for a class action pursuant to Federal Rule of Civil Procedure 23 have been satisfied. The number of members of the Settlement Class is so numerous that joinder of all members thereof is impracticable; (b) there are questions of law and fact common to the Settlement Class; (c) the claims of Plaintiffs are typical of the claims of the Settlement Class they seek to represent; (d) Plaintiffs have fairly and adequately represented the interests of the Settlement Class; (e) questions of law and fact common to members of the Settlement Class predominate over any questions affecting only individual members thereof; and (f) a class action is superior to all other available methods for the fair and efficient adjudication of this controversy;

9. This Action is hereby dismissed with prejudice as against the Defendants for any and all claims of Plaintiffs or Class Members for life insurance benefits pursuant to the Playtex life insurance benefits plan or the American Safety Razor life insurance benefits plan (the "Released Claims");

10. Upon the expiration of the time for any appeal from this Order or the resolution of any timely appeal ("Effective Date") and the payment of the Settlement proceeds as agreed upon by the parties, Plaintiffs and each Settlement Class Member shall be deemed to have fully, finally, and forever released, relinquished, and discharged all Released Claims against Defendant;

11. Upon the Effective Date and the payment of the Settlement Proceeds as agreed upon by the parties, Plaintiffs and each Settlement Class Member shall be permanently barred and enjoined from asserting, commencing, prosecuting, or continuing any of the Released Claims;

12. Defendant is to pay Class Counsel an award of attorneys' fees and costs in the amount of $60,000. Defendant shall pay such within seven (7) calendar days from the date this Order becomes final (thirty (30) days from the date of entry), barring any appeal;

13. By reason of the Settlement, and approval hereof, there is no just reason for delay and judgment shall be deemed final pursuant to Rule 54(b) of the Federal Rules of Civil Procedure; and

14. All other claims and counterclaims asserted by any party against any other party are hereby dismissed and the case is closed.

Dated: August 14, 2018
       New York, New York

SO ORDERED.   AUG 1 4 2018

*George B. Daniels* (signature)

GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE

4